Eastern District of Kentucky
F I L E D

APR 29 2016

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 0:16-cv-00014-HRW

UNITED STATES OF AMERICA                                          PLAINTIFF

v.

COURTNEY NELSON-MAYSE, ET AL.                                     DEFENDANTS

## ENTRY OF DEFAULT

It appearing that the complaint herein was filed on February 5, 2016; the Defendants, Courtney Nelson-Mayse, Dusty Mayse, Midland Funding, LLC, Capital One Bank (USA), NA, Cach, LLC, and Portfolio Recovery Associates, LLC, have been served by summons, and that no answer or other pleading has been filed by said Defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Courtney Nelson-Mayse, Dusty Mayse, Midland Funding, LLC, Capital One Bank (USA), NA, Cach, LLC, and Portfolio Recovery Associates, LLC, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

This the 29th day of April, 2016.

ROBERT R. CARR
U.S. DISTRICT COURT CLERK
By: *Kelly S. Smith*
Deputy Clerk